UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Application of Jodie Gottlieb, <br><br> Plaintiff(s), <br><br> v. <br><br> Defendant(s). | Case No.  5:26-MC-80178-VKD <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  June 16          , 20 26          NAME:  Jennifer A. Brady

/s/Jennifer A. Brady

*Signature*

COUNSEL FOR
(OR "PRO SE"):  Citibank, N.A.

## PROOF OF SERVICE

I, Julie L. Hansen, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On June 17, 2026, I served the within **CONSENT TO MAGISTRATE JUDGE JURISDICTION** on all interested parties in this action as follows:

| | |
|---|---|
| BLANK ROME LLP<br>Jonathan A. Loeb, Esq.<br>Arash Beral, Esq.<br>Craig N. Haring, Esq.<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br>Tel: 424-239-3400; Fax: 424-239-3434<br>Emails: Jonathan.Loeb@BlankRome.com;<br>Arash.Beral@BlankRome.com;<br>Craig.Haring@BlankRome.com | *Attorneys for Petitioner Jodie Gottlieb* |

[X]    (**CM/ECF**) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth herein pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the _____, 2026, at Newport Beach, California.

Julie L. Hansen

1

**PROOF OF SERVICE**